# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2296

_____

United States of America

*Appellee*

v.

Jay Eugene Dietz

*Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: October 16, 2012
Filed: October 23, 2012
[Unpublished]

_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jay Dietz directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to a child-pornography offense. His counsel has

_____

[1]The Honorable James E. Gritzner, Chief Judge, United States District Court for the Southern District of Iowa.

moved for permission to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Mr. Dietz's 150-month prison term is unreasonable.

We conclude that the district court did not impose an unreasonable sentence. <u>See</u> <u>United States v. Zauner</u>, 688 F.3d 426, 429-30 (8th Cir. 2012) (noting that, when district court varies downward from presumptively reasonable Guidelines sentence, it is nearly inconceivable that court abused its discretion in not varying downward even further); <u>see also</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (appellate court reviews sentences under deferential abuse-of-discretion standard; district court abuses its discretion when it fails to consider relevant factor that should have received significant weight, gives significant weight to improper or irrelevant factor, or considers only appropriate factors but in weighing them commits clear error of judgment).

Having independently reviewed the record consistent with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have found no nonfrivolous issue for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____